IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20278
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN OSCAR CELEDON ZAPATA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-10-1
--------------------
February 20, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Attorney Richard E. Banks, appointed to represent Juan Oscar Celedon Zapata ("Zapata") on appeal, has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Zapata has not responded to the motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  See 5TH CIR.
R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.